IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **ROBERT S. SIEGAL** | * | Case No. 17-15088-MMH |
| Debtor. | * | (Chapter 13) |
| * * * * * * | * * * * * * | |
| **ROBERT S. SIEGAL**, Debtor | * | |
| Plaintiff | * | |
| v. | * | Adversary No: 17-00348 |
| **LAWRENCE R. EVERETT, et al.** | * | |
| Defendants. | * | |
| * * * * * * | * * * * * * | |

### PLAINTIFF'S OBJECTIONS TO DEFENDANTS' PRE-FILED EXHIBITS

Pursuant to Local Bankruptcy Rule 7016-1(c), Plaintiff Robert S. Siegal, by and through his undersigned counsel, and pursuant to the Federal Rules of Evidence ("FRE"), hereby notes the following objections to the admission of the exhibits identified on the Exhibit List filed by the Defendants.

**DEFENDANTS' EXHIBIT NO. 1:  Operating Agreement**

Plaintiff objects to the admission of Defendants' Exhibit 1 on the basis of authenticity (FRE 901, 1002, and 1003).

#3149783v.1

**DEFENDANTS' EXHIBIT NO. 4:  Email (RSS 013)**

Plaintiff objects to the admission of Defendants' Exhibit 4 as such admissibility is at best conditional (FRE 104) and/or limited (FRE 105).

**DEFENDANTS' EXHIBIT NO. 8:  Transcript of July 10, 2018 hearing in 17-15088-MMH and exhibits thereto**

Plaintiff objects to the admission of Defendants' Exhibit 8 to the extent such portions of the exhibit are not relevant to the determination of a material fact in this proceeding (FRE 402), and/or the probative value, if any, of the exhibit would be outweighed by delay, confusion or prejudice that admission would cause (FRE 403).

Furthermore, to the extent Defendants are attempting to offer the exhibit as character evidence, such is improper (FRE 404, 405) and not relevant (FRE 402).

Furthermore, to the extent admissible, the admissibility would be conditional (FRE 104) and/or limited (FRE 105).

**DEFENDANTS' EXHIBIT NO. 11:  Declaration of Lawrence Everett**

Plaintiff objects to the admission of Defendants' Exhibit 11 as hearsay (FRE 801).

Furthermore,  Plaintiff objects to the exhibit to the extent such portions of the exhibit are not relevant to the determination of a material fact in this proceeding (FRE 402), and/or the probative value, if any, of the exhibit would be outweighed by delay, confusion or prejudice that admission would cause (FRE 403).

Furthermore, to the extent Defendants are attempting to offer the exhibit as character evidence, such is improper (FRE 404, 405) and not relevant (FRE 402).

Furthermore, to the extent admissible, the admissibility would be conditional (FRE 104) and/or limited (FRE 105).

**DEFENDANTS' EXHIBIT NO. 12:  Declaration of Lawrence Everett**

Plaintiff objects to the admission of Defendants' Exhibit 12 as hearsay (FRE 801).

Furthermore, Plaintiff objects to the exhibit to the extent such portions of the exhibit are not relevant to the determination of a material fact in this proceeding (FRE 402), and/or the probative value, if any, of the exhibit would be outweighed by delay, confusion or prejudice that admission would cause (FRE 403).

Furthermore, to the extent Defendants are attempting to offer the exhibit as character evidence, such is improper (FRE 404, 405) and not relevant (FRE 402).

Furthermore, to the extent admissible, the admissibility would be conditional (FRE 104) and/or limited (FRE 105).

**DEFENDANTS' EXHIBIT NO. 13:  Transcript of April 18, 2018 hearing**

Plaintiff objects to the admission of Defendants' Exhibit 13 to the extent such portions of the exhibit are not relevant to the determination of a material fact in this proceeding (FRE 402), and/or the probative value, if any, of the exhibit would be outweighed by delay, confusion or prejudice that admission would cause (FRE 403).

Furthermore, to the extent admissible, the exhibit would have limited admissibility (FRE 105).

**DEFENDANTS' EXHIBIT NO. 14:  Transcript of June 5, 2018 hearing**

Plaintiff objects to the admission of Defendants' Exhibit 14 to the extent such portions of the exhibit are not relevant to the determination of a material fact in this proceeding (FRE 402), and/or the probative value, if any, of the exhibit would be outweighed by delay, confusion or prejudice that admission would cause (FRE 403).

Furthermore, to the extent admissible, the admissibility would be conditional (FRE 104) and/or limited (FRE 105).

**DEFENDANTS' EXHIBIT NO. 16:  U.S. Bank motion for relief from automatic stay (ECF 85)**

Plaintiff objects to the admission of Defendants' Exhibit 16 as hearsay (FRE 801).

Furthermore, Plaintiff objects to the exhibit to the extent such portions of the exhibit are not relevant to the determination of a material fact in this proceeding (FRE 402), and/or the probative value, if any, of the exhibit would be outweighed by delay, confusion or prejudice that admission would cause (FRE 403).

Furthermore, to the extent Defendants are attempting to offer the exhibit as character evidence, such is improper (FRE 404, 405) and not relevant (FRE 402).

Furthermore, to the extent admissible, the admissibility would be conditional (FRE 104) and/or limited (FRE 105).

**DEFENDANTS' EXHIBIT NO. 17:  Debtor's objection to ECF 85 (EF 89)**

Plaintiff objects to the admission of Defendants' Exhibit 17 to the extent such portions of the exhibit are not relevant to the determination of a material fact in this proceeding (FRE 402), and/or

the probative value, if any, of the exhibit would be outweighed by delay, confusion or prejudice that admission would cause (FRE 403).

Furthermore, to the extent Defendants are attempting to offer the exhibit as character evidence, such is improper (FRE 404, 405) and not relevant (FRE 402).

Furthermore, to the extent admissible, the admissibility would be conditional (FRE 104) and/or limited (FRE 105).

**DEFENDANTS' EXHIBIT NO. 18: Debtor's bank statements produced by Chapter 13 Trustee in 17-15088**

Plaintiff objects to the admission of Defendants' Exhibit 18 to the extent such portions of the exhibit are not relevant to the determination of a material fact in this proceeding (FRE 402), and/or the probative value, if any, of the exhibit would be outweighed by delay, confusion or prejudice that admission would cause (FRE 403).

Furthermore, to the extent Defendants are attempting to offer the exhibit as character evidence, such is improper (FRE 404, 405) and not relevant (FRE 402).

Furthermore, to the extent admissible, the admissibility would be conditional (FRE 104) and/or limited (FRE 105).

**DEFENDANTS' EXHIBIT NO. 19: Documents produced by debtor pursuant to ECF 106 in 1-15088**

Plaintiff objects to the admission of Defendants' Exhibit 19 to the extent such portions of the exhibit are not relevant to the determination of a material fact in this proceeding (FRE 402), and/or

the probative value, if any, of the exhibit would be outweighed by delay, confusion or prejudice that admission would cause (FRE 403).

Furthermore, to the extent Defendants are attempting to offer the exhibit as character evidence, such is improper (FRE 404, 405) and not relevant (FRE 402).

Furthermore, to the extent admissible, the admissibility would be conditional (FRE 104) and/or limited (FRE 105).

Date: September 28, 2018　　　　　　　/s/ Joseph M. Selba
　　　　　　　　　　　　　　　　　　Joseph M. Selba, Bar No. 29181
　　　　　　　　　　　　　　　　　　Tydings & Rosenberg LLP
　　　　　　　　　　　　　　　　　　1 East Pratt Street, Suite 901
　　　　　　　　　　　　　　　　　　Baltimore, Maryland  21202
　　　　　　　　　　　　　　　　　　(410) 752-9753
　　　　　　　　　　　　　　　　　　jselba@tydingslaw.com
　　　　　　　　　　　　　　　　　　*Counsel for Debtor/Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I reviewed the Court's CM/ECF system and it reports that on September 28, 2018 an electronic copy of the *PLAINTIFF'S OBJECTIONS TO DEFENDANTS' PRE-FILED EXHIBITS* will be served electronically by the Court's CM/ECF system on the following:

Marios J. Monopolis, Esq.
Simms Showers LLP
201 International Circle, #250
Baltimore, Maryland 21030
*Counsel for Defendants*

/s/ Joseph Selba
Joseph M. Selba

#3149783v.1