IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| IN RE<br><br>ROBERT S. SIEGAL<br>        DEBTOR | CASE NO. 17-15088-MMH<br><br>CHAPTER 13 |
| ROBERT S. SIEGAL<br><br>        PLAINTIFF<br><br>V.<br><br>LAWRENCE R. EVERETT, et al.,<br><br>        DEFENDANTS. | ADVERSARY NO. 17-348 |

## AMENDED CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on October 25, 2018, I caused the *Reply in Support of Motion in Limine* [ECF 172] to be filed on the Court's ECF system for electronic service on all counsel of record as follows:

   Joseph Michael Selba
   Tydings & Rosenberg LLP
   One E Pratt St Suite 901
   Baltimore, MD 21202
   JSelba@tydingslaw.com

and via email to the Chapter 13 Trustee as follows:

   Robert S. Thomas, II
   Chapter 13 Trustee
   300 E Joppa Rd
   Towson, MD 21286
   rthomas@ch13balt.com

                                                   */s/ Marios J. Monopolis*
                                                   Marios J. Monopolis